In the Matter of ELIAS B. GOODMAN, an Attorney, Appellant.

THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

*Matter of Goodman*, 158 App. Div. 465, appeal dismissed.
(Argued January 8, 1917; decided January 16, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial

department, entered March 15, 1915, disbarring the appellant herein from practice as an attorney and counselor at law.

The motion was made upon the ground of failure to file the required undertaking and return.

*Einar Chrystie* for motion.

No one opposed.

Motion granted and appeal dismissed.